

| Christopher Vagner<br>Chief, CSO - Programs Division | **CENTRAL VIOLATIONS BUREAU**<br>P.O. Box 780549<br>San Antonio, TX 78278 | Ted C. Willmann<br>Branch Chief<br>(800) 827-2982<br>FAX: (210) 301-6401 |
|---|---|---|

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext

**District:** CALIFORNIA EASTERN

**Location Code:** CA24

ECF Case Number: 5:22-PO-00120-SAB

**Citation Number(s):** 9788851

| | | |
|---|---|---|
| INYO | **Hearing Site** | The location where the citation is scheduled. |
| 06/07/2022 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| | **Protest** | The defendant is requesting a court date to protest the citation. |
| | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| | **Miscellaneous** | See Remarks Section |

**Remarks:**

Agency request for void of citation(s).

In the interest of Justice ECF Case Number: 5:22-PO-00120-SAB  The action on this case (e.g. dismissal) should be processed in CM/ECF.  Please use the CVB Events or CVB Disposition Docket.

| | Refund Approved | /s/ Sutton, Charles | 05/24/2022 |
|---|---|---|---|
| X | Void/Dismissal Approved | | Date |

Further action to be taken by CVB or Agency, please specify: _____

Ordered this  27th  Day of  May  20 ___

_U.S. Magistrate Judge_   _Judge Code_

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY